UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                ORDER ACCEPTING PLEA ALLOCUTION

                06 Cr. 311 (SCR)
                07 Cr. 552 (CLB)

v.

Charles Dewer

---

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated June 27, 2007, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: July 16, 2007

                                  SO ORDERED:

                                  STEPHEN C. ROBINSON
                                  UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: